UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RYAN JON-PALMER HALL,

       Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1

(Attempted Possession with Intent to Distribute Methamphetamine)

On or about November 15, 2022, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

RYAN JON-PALMER HALL,

knowingly and intentionally attempted to possess with intent to distribute methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2

(Distribution of Methamphetamine)

On or about December 20, 2022, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

RYAN JON-PALMER HALL,

knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney